JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ROBERT BENYAMINI,<br><br>Plaintiff,<br><br>v.<br><br>DR. MARTIN STEED, et al.,<br><br>Defendants. | Case No.: CV 16-07372-BRO (JDE)<br><br>JUDGMENT |

Pursuant to the Order Dismissing Complaint,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

IT IS SO ORDERED.

DATED: June 21, 2017

By: _____
Honorable Beverly R. O'Connell
United States District Court Judge